UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY
CASE NO.:

**CENTENNIAL BANK,**

     **Plaintiff,**

**vs.**

**M/Y KARACOL, a 48 foot, 1998, Ocean Yachts Motor Yacht along with her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc. *in rem*, KARACOL BOAT LLC, a Florida limited liability company, and MARK VON REITZENSTEIN, an individual, *in personam*,**

     **Defendants.**

_____/

## VERIFIED COMPLAINT IN ADMIRALTY

Plaintiff, CENTENNIAL BANK ("Centennial Bank" or "Plaintiff"), by and through its undersigned counsel, sues Defendants, M/Y KARACOL, a 48 foot, 1998, Ocean Yachts Motor Yacht, along with her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc. *in rem*, KARACOL BOAT LLC, a Florida limited liability company, and MARK VON REITZENSTEIN, an individual, *in personam*, and alleges as follows:

### Parties, Jurisdiction, and Venue

1.    This is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    This Court has jurisdiction over this proceeding under 28 U.S.C. § 1333, 46 U.S.C. §§ 31301-31343, and a claim under the General Maritime Law of the United States.

3.      Defendant MARK VON REITZENSTEIN ("Borrower") is an individual who, upon information and belief, resides in Miami-Dade County, Florida.

4.      M/Y KARACOL ("Vessel") is a 48 foot, 1998, Ocean Yachts Motor Yacht that, upon information and belief, is located within the Southern District of Florida.

5.      Defendant KARACOL BOAT LLC ("Mortgagor") is a Florida limited liability company with a principal place of business in Miami-Dade County, Florida.

6.      Venue is proper within the Southern District of Florida pursuant to the provisions of 28 U.S.C. § 1391, and under the General Maritime Law of the United States, as the Defendant M/Y KARACOL is currently located within this District in Miami, Miami-Dade County, Florida, or will be located within the district while the action is pending.

7.      Plaintiff is a banking institution authorized to do business in the state of Florida. Plaintiff is the successor-in-interest to the original lender, "Shore Premier Finance, a Division of Union Bank and Trust of Richmond, Virginia," as on or about June 29, 2018, Union Bank and Trust was merged into Centennial Bank.  A copy of the Union Bank & Trust evidence of merger and sale is attached hereto as **Exhibit A.**

## The Loan and the Loan Documents

8.      On or about February 2, 2018, Borrower executed and delivered a Promissory Note to Plaintiff in the original principal amount of $145,512.00 (the "Note"), which called for 179 payments of $1,267.60, and then a final payment on February 2, 2033.  A true and correct copy of the Note is attached as **Exhibit B.**

9.      As security for the Note, KARACOL BOAT LLC executed a First Preferred Ship Mortgage on February 2, 2018 ("Mortgage") encumbering the Vessel.  A true and correct copy of the Mortgage is attached as **Exhibit C.**

10.     The mortgage was filed in substantial compliance with 46 U.S.C. § 31321(b) with United States Coast Guard Vessel Documentation Center.

11.     The Note, Mortgage, and all other documents executed and delivered from time to time in connection with, or otherwise evidencing, securing, or related to, the Loan are collectively referred to as the "Loan Documents."

### The Default and Amounts Due

12.     Defendants are in default under the terms of the Note, Mortgage, and all other Loan Documents, by failing to make the payment as and when due.

13.     As a result of the default, the Note and Mortgage provide that Plaintiff may demand full payment of the unpaid principal balance, accrued interest, fees, costs and charges, bring suit against Defendants, and repossess the Vessel on the Vessel.

14.     On April 16, 2021, Plaintiff sent a demand letter to Borrower and Mortgagor, accelerating the indebtedness and demanding payment in full of all sums due under the Note, but payment has not been made.  A true and correct copy of the demand letter is attached as **Exhibit D.**

15.     Borrower is indebted to Centennial Bank under the Note in the total principal amount of $127,806.90, plus accrued and unpaid interest of $4,737.31 through and including March 29, 2021 (with a per diem thereafter of $22.76), $253.32 in late fees, and other charges of $6,613.50, plus attorneys' fees and costs, plus any other expenses as may be due under the Note, including, without limitation, taxes, insurance, and sums advanced by Plaintiff, together with interest thereon.

51965239;1

16.     Centennial Bank owns and holds the Note and all Loan Documents, and thus, it is entitled to all of the rights and remedies provided for under the Loan Documents and provided under the laws of the State of Florida.

17.     All conditions precedent to Centennial Bank's rights under the Loan Documents and to the bringing of this action have occurred, been waived, or been otherwise satisfied.

18.     Centennial Bank has retained the services of the undersigned attorneys in connection with the collection of the indebtedness due under the Note and Mortgage and has agreed to pay them a reasonable fee for their services.  Pursuant to page 2 of the Note and page 4 of the Mortgage, Centennial Bank is entitled to recover its attorneys' fees herein.

19.     Actual notice of this Complaint will be given to the custodian, caretaker, or master of the vessel, and to any person, firm, or corporation with a recorded notice of claim of an undischarged lien upon the Vessel in accordance with 46 U.S.C. § 31325.

## COUNT I – BREACH OF PROMISSORY NOTE
### (Against Borrower)

20.     The allegations of Paragraphs 1-19 above are incorporated herein and made a part hereof.

21.     Borrower is in default under the terms of the Note by failing to make the monthly payments as and when due.  *See* Ex. B.

22.     Plaintiff has elected to accelerate payment of the balance.  *See* Ex. D.

23.     Borrower is indebted to Centennial Bank under the Note in the total principal amount of $127,806.90, plus accrued and unpaid interest of $4,737.31 through and including March 29, 2021 (with a per diem thereafter of $22.76), $253.32 in late fees, and other charges of $6,613.50, plus attorneys' fees and costs, plus any other expenses as may be due under the Note,

including, without limitation, taxes, insurance, and sums advanced by Plaintiff, together with interest thereon.

WHEREFORE, Plaintiff requests judgment against Borrower in the total outstanding amount due under the Note, including without limitation, all principal, accrued and unpaid interest, accumulated late charges, sums advanced, attorneys' fees, costs, and all other expenses, and such other and further relief as this Court deems just and proper.

### COUNT II – *IN REM* ACTION FOR FORECLOSURE OF SHIP MORTGAGE

24. The allegations of Paragraphs 1-19 above are incorporated herein and made a part hereof.

25. Plaintiff holds a valid and subsisting Mortgage on the Vessel. *See* Ex. C.

26. The Defendants are in default under the Note and Mortgage by wrongfully and without cause failing, or refusing to make, full and timely payment of all payments due to Plaintiff under the Note and Mortgage.

27. Plaintiff alleges that Vessel is liable, *in rem*, for all debts still owed on the Mortgage, as the Vessel is now in default.

28. Based on this default, under the Mortgage, Plaintiff is entitled to the total principal amount of $127,806.90, plus accrued and unpaid interest of $4,737.31 through and including March 29, 2021 (with a per diem thereafter of $22.76), $253.32 in late fees, and other charges of $6,613.50, plus attorneys' fees and costs, plus any other expenses as may be due under the Note, including, without limitation, taxes, insurance, and sums advanced by Plaintiff, together with interest thereon.

29. Plaintiff is authorized to foreclose its statutory ship mortgage against the Vessel, and to recover all sums due and owing, including its reasonable attorneys' fees, costs, interest,

51965239;1

and expenses.

WHEREFORE, Plaintiff, CENTENNIAL BANK, requests from this Court the following:

(a)     That process be issued against Defendants;

(b)     That all persons that have any claim and interest in said Vessel may be cited to appear and answer before said matter and that the Plaintiff be decreed to have a lien upon the *in rem* Defendant M/Y KARACOL, described herein and such lien be foreclosed in accordance with the law and therefore that the Vessel may be condemned and sold to pay the amounts due under the Note, with interest, costs, and attorneys' fees;

(c)     That the Mortgage on said Vessel be declared to be a valid and subsisting lien against said Vessel, superior to the interest, liens, or claims of Defendant KARACOL BOAT LLC and any and all persons, firms, or corporations whatsoever, except such persons, firms, or corporations as have preferred maritime liens over said Vessel;

(d)     That all persons, firms, and corporations claiming any interest in said Vessel are forever barred and foreclosed of all right or equity of redemption or claim of, in, or to said mortgaged Vessel;

(e)     That the Vessel be condemned and sold to pay the demands aforesaid, together with all interest, costs, expenses and attorney's fees;

(f)     That the Plaintiff be permitted to credit bid the amount of its lien collectively at the sale of the Vessel at a U.S. Marshal's sale.

(g)     That the proceeds of the sale of the subject Vessel be disbursed and applied to pay the fees, costs, and expenses of this action and the amounts due Plaintiff herein

(h)     Plaintiff demands judgment against the Defendant Vessel, and for

compensatory damages, court costs, attorneys' fees, interest, and for any and all other relief that this Court deems just and proper.

Date: May 27, 2021

Respectfully submitted,

_Eyal Berger_

Eyal Berger, Esq.
Florida Bar Number:  011069
eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Phone:  (954) 463-2700
Fax:  (954) 463-2224

51965239;1

## VERIFICATION OF COMPLAINT

STATE OF Arkansas )

COUNTY OF Londe ) : SS.

Before me, the undersigned authority, on this date, personally appeared by physical presence, Jodi Allgood _____ of CENTENNIAL BANK, upon being duly sworn, deposes and says:

1.  I am the Special Assets Director of the Plaintiff company herein.

2.  I have read the foregoing Complaint and know the contents thereof, and that the same are true to the best of my knowledge, information and belief.

_____
(Signature)

Jodi Allgood
_____
(Print Name)
For Plaintiff – CENTENNIAL BANK

Sworn to and subscribed before me this 17th day of May _____, 2021.

_____
NOTARY PUBLIC
State of Arkansas at Large

Jennifer Newman
_____
Print, Type, or Stamp Commissioned
Name of Notary Public

Personally Known ✓ or Produced Identification _____
Type of Identification Produced _____

51965239;1